■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN DISOTELL, Appellant. [995 NYS2d 917]—Appeal by the de-

fendant, as limited by his brief, from a sentence of the County Court, Dutchess County (Greller, J.), imposed February 5, 2013, upon his conviction of assault in the first degree, upon his plea of guilty.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Skelos, J.P., Dickerson, Chambers and Sgroi, JJ., concur.